PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL M. STURTEVANT, State Bar No. 089395
ASSISTANT UNITED STATES TRUSTEE
Dare Law, State Bar No. 155714
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Blvd, Suite 1850
Los Angeles, California 90017
(213) 894-4925 telephone
(213) 894-2603 facsimile
Email: dare.law@*usdoj.gov*

**FILED & ENTERED**

**SEP 08 2014**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - Los Angeles Division

In re:

**ISMAEL PEREZ GARCIA and
JULIETA HERNADEZ SANTIAGO**

Debtors.

Case Number 2:14-bk-19679 BR

Chapter 7

**ORDER GRANTING MOTION TO REOPEN CHAPTER 7 CASE UNDER 11 U.S.C. SECTION 350(b)**

Hearing Date:  NO HEARING SET
Time:
Ctrm:        1668
             255 East Temple Street
             Los Angeles, CA 90012

The Court having considered the United States Trustee's Motion to Repoen Chapter 7 case under 11 U.S.C. §350(b) of the Bankruptcy Code, for good cause, it is hereby

ORDERED that the case is hereby reopened for the chapter 7 trustee to administer assets, and it is

///

///

///

1

1 | FURTHER ORDERED that the United States Trustee is directed to appoint a chapter 7
2 | trustee in this case.

### # # #

Date: September 8, 2014

*Barry Russell*
Barry Russell
United States Bankruptcy Judge

2