EDWARD M. WOLKOWITZ, TRUSTEE (SBN 68298)
800 S. Figueroa Street, #1260
Los Angeles, California 90017
Telephone: (310) 229-3367
Facsimile: (213) 627-7194

# UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ISMAEL PEREZ GARCIA | § | Case No. 2:14-bk-19679-BR |
| JULIETA HERNANDEZ SANTIAGO | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/16/2014. The undersigned trustee was appointed on 05/16/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $    17,500.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 841.71 |
   | Bank service fees | 177.13 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]    $ | 16,481.16 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 12/23/2014 and the deadline for filing governmental claims was 12/23/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,389.50 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,389.50 , for a total compensation of $ 2,389.50 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 331.89 , for total expenses of $ 331.89 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/20/2015                    By: /s/EDWARD M. WOLKOWITZ, CHAPTER 7 TRUSTEE
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 14-19679 | BR | Judge: | Barry Russell | Trustee Name: | EDWARD M. WOLKOWITZ, CHAPTER 7 TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | ISMAEL PEREZ GARCIA | | | | Date Filed (f) or Converted (c): | 05/16/2014 (f) |
| | JULIETA HERNANDEZ SANTIAGO | | | | 341(a) Meeting Date: | 06/19/2014 |
| For Period Ending: | 10/20/2015 | | | | Claims Bar Date: | 12/23/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY<br><br>562 S BACKTON AVENUE<br>LA PUENTE, CA 91744 | 310,000.00 | 0.00 | | 0.00 | FA |
| 2. REAL PROPERTY<br><br>1335 BALLISTA AVENUE<br>LA PUENTE, CA | 450,000.00 | 0.00 | | 17,500.00 | FA |
| 3. CASH ON HAND<br><br>CASH | 20.00 | 0.00 | | 0.00 | FA |
| 4. CHECKING, SAVINGS OR OTHER FINANCIAL ACCOUNTS<br><br>CHASE BANK CHECKING ACCOUNT | 3.00 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS AND FURNISHINGS, INCLUDING AUDIO, VIDEO, AND<br><br>KITCHEN APPLIANCES | 200.00 | 0.00 | | 0.00 | FA |
| 6. HOUSEHOLD GOODS AND FURNISHINGS, INCLUDING AUDIO, VIDEO, AND<br><br>BEDS/MATTRESSES | 500.00 | 0.00 | | 0.00 | FA |
| 7. HOUSEHOLD GOODS AND FURNISHINGS, INCLUDING AUDIO, VIDEO, AND<br><br>BEDROOM FURNITURE | 300.00 | 0.00 | | 0.00 | FA |
| 8. HOUSEHOLD GOODS AND FURNISHINGS, INCLUDING AUDIO, VIDEO, AND<br><br>LIVING ROOM FURNITURE | 200.00 | 0.00 | | 0.00 | FA |
| 9. WEARING APPAREL<br><br>CLOTHING | 300.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 14-19679 | BR | Judge: | Barry Russell | Trustee Name: | EDWARD M. WOLKOWITZ, CHAPTER 7 TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | ISMAEL PEREZ GARCIA | | | | Date Filed (f) or Converted (c): | 05/16/2014 (f) |
| | JULIETA HERNANDEZ SANTIAGO | | | | 341(a) Meeting Date: | 06/19/2014 |
| For Period Ending: | 10/20/2015 | | | | Claims Bar Date: | 12/23/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 10. AUTOMOBILES, TRUCKS, TRAILERS AND OTHER VEHICLESE AND ACCESS<br><br>1977 CHEVROLET NOVA | 400.00 | 0.00 | OA | 0.00 | FA |
| 11. AUTOMOBILES, TRUCKS, TRAILERS AND OTHER VEHICLESE AND ACCESS<br><br>1997 MERCURY VILLAGER | 2,000.00 | 0.00 | OA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $763,923.00     $0.00     $17,500.00     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

PER THE ORDER ENTERED ON 10/27/14 AFTER THE HEARING, THE DEBTORS HAD UNTIL 10/28/14 IN WHICH TO TENDER A CASHIER'S CHECK IN THE SUM OF $21,500.  IF DEBTORS FAILED TO PAY, THE TRUSTEE WAS AUTHORIZED TO SELL THE ESTATE'S RIGHT TITLE AND INTEREST IN THE PROPERTY TO A PURCHASER IN THE SUM OF $17,500.  DEBTORS FAILED TO PAY BY THE DEADLINE AND PURCHASER PAID $17,500.  THERE ARE NO FURTHER ASSETS TO PURSUE.  CASE CLOSURE WILL COMMENCE.  FORMS 1 & 2 WILL BE SENT TO ACCOUNTANT FOR PREPARATION OF FINAL ESTATE TAX RETURNS IF REQUIRED.  ( 12/31/14)

A VOLUNTARY PETITION WAS FILED ON 5/16/14 AND EDWARD M. WOLKOWITZ WAS APPOINTED THE CHAPTER 7 TRUSTEE THEREAFTER.  DEBTOR WAS EXAMINED AND TRUSTEE FILED A REPORT OF NO ASSET.  THE DEBTORS WERE DISCHARGED AND THE BANKRUPTCY CASE WAS CLOSED.  SUBSEQUENTLY TO THE CLOSING OF THE CASE, THE TRUSTEE WAS APPROACHED BY A REAL ESTATE INVESTOR WHO OFFERED $17,500 IN PROCEEDS IN EXCHANGE FOR THE RIGHT, TITLE AND INTEREST OF THE PROPERTY.  INVESTOR WOULD BE BUYING THE RIGHT TO NEGOTIATE WITH THE LENDER.  THEREFORE, THE TRUSTEE MOVED TO HAVE THIS CASE REOPENED AND HAS NOW FILED A MOTION TO SELL THE PROPERTY.  THE HEARING IS SET FOR 10/14/14.  (09.23.14)

Initial Projected Date of Final Report (TFR): 04/30/2016        Current Projected Date of Final Report (TFR): 04/30/2016

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 14-19679 | Trustee Name: | EDWARD M. WOLKOWITZ, CHAPTER 7 TRUSTEE |
|---|---|---|---|
| Case Name: | ISMAEL PEREZ GARCIA | Bank Name: | Associated Bank |
| | JULIETA HERNANDEZ SANTIAGO | Account Number/CD#: | XXXXXX1603 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX5952 | Blanket Bond (per case limit): | $2,300,000.00 |
| For Period Ending: | 10/20/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/30/14 | 2 | ERG Capital, LLC<br>601 S. Figueroa St., Suite 4050<br>Los Angeles, CA 90017-5879 | PURCHASE OF RIGHT, TITLE AND INTEREST IN REAL PROPERTY PER ORDER DATED 10/27/14 | 1110-000 | $17,500.00 | | $17,500.00 |
| 12/05/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.17 | $17,474.83 |
| 01/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.98 | $17,448.85 |
| 02/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.94 | $17,422.91 |
| 03/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.40 | $17,399.51 |
| 03/25/15 | 101 | INTERNATIONAL SURETIES LTD<br>701 POYDRAS STREET, SUITE 420<br>NEW ORLEANS, LA 70139 | LBR 2016-2(b)(1) Bond Premium | 2300-000 | | $6.71 | $17,392.80 |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.87 | $17,366.93 |
| 05/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.99 | $17,341.94 |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.78 | $17,316.16 |
| 06/09/15 | 102 | FRANCHISE TAX BOARD<br>BANKRUPTCY BE MS A345<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | LBR 2016-2(b)(2) 2014 STATE TAX RETURN | 2820-000 | | $85.00 | $17,231.16 |
| 06/15/15 | 103 | GROBSTEIN TEEPLE LLP<br>6300 CANOGA AVE, STE 1130W<br>WOODLAND HILLS CA 91367 | ORDER DATED 6/12/2015 - LBR 2016-2(c) EXPENSES FOR PREPARATION OF TAX RETURNS | 3410-000 | | $750.00 | $16,481.16 |

| UST Form 101-7-TFR (5/1/2011) | (Page: 5) | Page Subtotals: | Exhibit B | $17,500.00 | $1,018.84 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $17,500.00 | $1,018.84 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $17,500.00 | $1,018.84 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $17,500.00 | $1,018.84 |

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1603 - Checking | $17,500.00 | $1,018.84 | $16,481.16 |
|  | $17,500.00 | $1,018.84 | $16,481.16 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $17,500.00 |
| Total Gross Receipts: | $17,500.00 |

# Central District Of California
# Claims Register

**2:14-bk-19679-BR Ismael Perez Garcia and Julieta Hernandez Santiago**

Judge: Barry Russell  
Office: Los Angeles  
Trustee: Edward M Wolkowitz (TR)

Chapter: 7  
Last Date to file claims: 12/23/14 *(handwritten)*  
Last Date to file (Govt): 12/23/14 *(handwritten)*

| Creditor: (35231079) IRS, Attn: Bankruptcy Dept., Fresno, CA 93888 | Claim No: 1<br>Original Filed Date: 09/25/2014<br>Original Entered Date: 09/25/2014 | Status:<br>Filed by: CR<br>Entered by: Maria D Hill<br>Modified: |
|---|---|---|

Amount claimed: $3984.71 — *$1,221.44 – Valid unsecured* (handwritten)  
Secured claimed: $0.00  
Priority claimed: $2763.27 ✓ *Valid Priority* (handwritten)

History:  
Details  1-1  09/25/2014  Claim #1 filed by IRS, Amount claimed: $3984.71 (Hill, Maria)

Description:  
Remarks: *Schedule F $6,000* (handwritten)

## Claims Register Summary

Case Name: Ismael Perez Garcia and Julieta Hernandez Santiago  
Case Number: 2:14-bk-19679-BR  
Chapter: 7  
Date Filed: 05/16/2014  
Total Number Of Claims: 1

| | |
|---|---|
| Total Amount Claimed* | $3984.71 |
| Total Amount Allowed* | |

*Includes general unsecured claims

The values are reflective of the data entered. Always refer to claim documents for actual amounts.

| | Claimed | Allowed |
|---|---|---|
| Secured | $0.00 | |
| Priority | $2763.27 | |
| Administrative | | |

UST Form 101-7-TFR (5/1/2011)        (Page: 8)                    Exhibit C

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/23/2015 18:46:48 | | | |
| PACER Login: | tr2413:3385392:0 | Client Code: | |
| Description: | Claims Register | Search Criteria: | 2:14-bk-19679-BR Filed or Entered From: 1/1/1900 Filed or Entered To: 2/23/2015 |
| Billable Pages: | 1 | Cost: | 0.10 |

UST Form 101-7-TFR (5/1/2011)  *(Page: 9)*  Exhibit C

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 2:14-bk-19679-BR
Case Name: ISMAEL PEREZ GARCIA
           JULIETA HERNANDEZ SANTIAGO
Trustee Name: EDWARD M. WOLKOWITZ, CHAPTER 7 TRUSTEE

| Balance on hand | $ | 16,481.16 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
| --- | --- | --- | --- |
| Trustee Fees: EDWARD M WOLKOWITZ | $ 2,389.50 | $ 0.00 | $ 2,389.50 |
| Trustee Expenses: EDWARD M WOLKOWITZ | $ 331.89 | $ 0.00 | $ 331.89 |

| Total to be paid for chapter 7 administrative expenses | $ | 2,721.39 |
| Remaining Balance | $ | 13,759.77 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 2,763.27 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
| --- | --- | --- | --- | --- |
| 1A | Irs | $ 2,763.27 | $ 0.00 | $ 2,763.27 |

| | | |
|---|---|---|
| Total to be paid to priority creditors | $ | 2,763.27 |
| Remaining Balance | $ | 10,996.50 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,221.44 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1B | Irs | $ 1,221.44 | $ 0.00 | $ 1,221.44 |
| | Total to be paid to timely general unsecured creditors | | $ | 1,221.44 |
| | Remaining Balance | | $ | 9,775.06 |

Tardily filed claims of general (unsecured) creditors totaling $ 8,653.73 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | JPMORGAN CHASE N.A. NATIONAL BANKRUPTCY DEPT | $ 8,653.73 | $ 0.00 | $ 8,653.73 |
| | Total to be paid to tardy general unsecured creditors | | $ | 8,653.73 |
| | Remaining Balance | | $ | 1,121.33 |

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

   To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.1 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 16.30 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

   The amount of surplus returned to the debtor after payment of all claims and interest is $ 1,105.03 .